

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00332-CV

Otis **SPEARS**, Oscar Minor and Bruce O'Neal, as trustees of the Emmanuel African Methodist
Episcopal Church,
Appellants

v.

**EMMANUEL AFRICAN METHODIST EPISCOPAL CHURCH**, Carl E. Garmon Sr. &
Raymond Bryant and Crosspoint Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-01189
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We order
appellants to pay the costs of this appeal.

SIGNED October 6, 2021.

_____
Beth Watkins, Justice